AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MARCO ANTONIO SANCHEZ,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:04-cv-00609-KJD-RAM**

E.K. McDANIEL, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.


  March 26, 2008                                          **LANCE S. WILSON**
                                                                      Clerk

                                                                    /s/ Kalani Lizares
                                                                     Deputy Clerk